**Ronald DeWayne SMULLIN, Plaintiff-Appellant,**

v.

**Brett DUNCAN; Arthur Bentley, Doctor, Craighead County Jail; Chasity Jackson, Nurse, Craighead County Jail; Officer Peaster; Matt Hall, Assistant Jail Administrator; Andy Allison, Jailor; Marty Boyd, Sheriff, Craighead County; Gary Etter, Defendants-Appellees.**

No. 16-3350

United States Court of Appeals, Eighth Circuit.

Submitted: April 7, 2017

Filed: April 27, 2017

Ronald DeWayne Smullin, Pro Se

Thomas J. Diaz, Michael R. Rainwater, Joshua D. Standerfer, Rainwater & Holt, Little Rock, AR, for Defendant-Appellee Brett Duncan, Officer Peaster, Matt Hall, Andy Allison, Marty Boyd, Gary Etter

Benjamin Davis Jackson, Graham C. Talley, Mitchell & Williams, Little Rock, AR, for Defendants-Appellees Arthur Bentley, Chasity Jackson

Before RILEY, ARNOLD, and COLLOTON, Circuit Judges.

PER CURIAM.

In this pro se 42 U.S.C. § 1983 action, Arkansas prisoner Ronald Smullin appeals after the district court[1] adversely granted summary judgment on his claims arising out of his pretrial detention at the Craighead County Detention Center. Smullin has filed motions in this court for appointed counsel and for oral argument. After carefully reviewing the record and the parties' arguments on appeal, we conclude that the district court properly disposed of the claims that have been addressed by Smullin on appeal. *See Hess v. Ables*, 714 F.3d 1048, 1051 n.2 (8th Cir. 2013) (claim was abandoned where appellant did not brief court on why dismissal was improper); *Beaulieu v. Ludeman*, 690 F.3d 1017, 1024 (8th Cir. 2012) (grant of summary judgment is reviewed de novo); *see also Jackson v. Riebold*, 815 F.3d 1114, 1119-20 (8th Cir. 2016) (discussing deliberate-indifference claims based on delay in treatment); *Fourte v. Faulkner Cty., Ark.*, 746 F.3d 384, 387 (8th Cir. 2014) (discussing deliberate-indifference claims based on inadequate treatment). Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny as moot Smullin's pending motions for counsel and for oral argument.

---

1. The Honorable Beth M. Deere, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).